COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00945-CR |
| Style: | Zachary Keith Hill v. The State of Texas |
| Date motion filed*: | February 25, 2015 |
| Type of motion: | Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

If motion to extend time:

| | |
|---|---|
| Original due date: | N/A |
| Number of extensions granted: | 0    Current Due date:  N/A |
| Date Requested: | N/A (30 days from February 25, 2015) |

Ordered that motion is:

☐ Granted in part

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

Although the reporter's record was filed on January 26, 2015, the clerk's record has not yet been filed, but is due by March 12, 2015, because a timely motion for new trial was filed.  *See* TEX. R. APP. P. 35.2(b).  Thus, appellant's motion for an extension of time to file his brief is denied without prejudice to refiling after the clerk's record is filed.  Accordingly, appellant's brief will be due 30 days after the date the clerk's record is filed.  *See* TEX. R. APP. P. 38.6(a)(1).

Judge's signature: _/s/ Laura C. Higley

☒ Acting individually

Date:  March 3, 2015

November 7, 2008 Revision